IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

Latrice Hudgens,                          )
                                          )
                    Plaintiff,            )
                                          )        Civil Action No. 6:19-791-BHH
v.                                        )
                                          )        **ORDER**
L&R Properties,                           )
                                          )
                    Defendant.            )
_____)

　　　　This matter is before the Court upon Plaintiff's pro se removal of this action from the
Greenville County Magistrate Court, asserting that a federal question arises in an eviction
action against her for non-payment of rent.  In accordance with 28 U.S.C. § 636(b)(1)(B)
and Local Civil Rule 73.02(B)(2)(d) (D.S.C.), the matter was referred to a United States
Magistrate Judge for initial review.

　　　　On March 18, 2019, Magistrate Judge Kevin F. McDonald filed a Report and
Recommendation ("Report") outlining the issues and recommending that the Court *sua
sponte* remand this action to the Greenville County Magistrate Court for lack of subject
matter jurisdiction.  In addition, the Magistrate Judge's Report recommends that the Court
consider the entry of sanctions against Plaintiff in the future if she continues to file frivolous
litigation in this Court.  Attached to the Report was a notice advising the parties of the right
to file written objections to the Report within fourteen days of being served with a copy.  To
date, no objections have been filed.

　　　　The Magistrate Judge makes only a recommendation to the Court.  The
recommendation has no presumptive weight, and the responsibility to make a final

determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261 (1976). The Court is charged with making a de novo determination only of those portions of the Report to which specific objections are made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1). In the absence of specific objections, the Court reviews the matter only for clear error. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'") (quoting Fed. R. Civ. P. 72 advisory committee's note).

Here, because no objections were filed, the Court has reviewed the record, the applicable law, and the findings and recommendations of the Magistrate Judge for clear error. After review, the Court finds no clear error and agrees with the Magistrate Judge's findings and recommendations.

Accordingly, the Court adopts and incorporates the Magistrate Judge's Report (ECF No. 8) and *sua sponte* remands this case to the Greenville County Magistrate Court for lack of subject matter jurisdiction. Plaintiff will be subject to sanctions should she continue to file frivolous litigation in this Court.

**IT IS SO ORDERED.**

/s/Bruce H. Hendricks
Bruce Howe Hendricks
United States District Judge

April 16, 2019
Charleston, South Carolina